IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| F.I.M. CORPORATION | ) | |
| Plaintiff, | ) | No. 06-532 L |
| v. | ) | Judge Nancy Firestone |
| UNITED STATES OF AMERICA | ) | |
| Defendant. | ) | |

**NOTICE OF APPEARANCE**

To the Clerk of the Court:

Please enter the appearance of E. Kenneth Stegeby as attorney for Defendant, the United States of America, in the above styled case. Service of all papers by U.S. Mail should be addressed to:

E. Kenneth Stegeby
Natural Resources Section
Environment & Natural Resources Division
U.S. Department of Justice
P. O. Box 663
Washington, D.C. 20044-0663
Telephone: 202.619.4119
Facsimile: 202.353.2021
Email: kenneth.stegeby@usdoj.gov

Overnight and hand deliveries should be addressed to:

E. Kenneth Stegeby
Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
U.S. Department of Justice
601 D St., N. W., Rm. 3205
Washington, D.C. 20004

Telephone: 202.616.4119
Facsimile: 202.353.2021
Email: kenneth.stegeby@usdoj.gov

Dated: September 12, 2006.

Respectfully submitted,

s/ E. Kenneth Stegeby

E. KENNETH STEGEBY
Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
U.S. Department of Justice
P. O. Box 663,
Washington, D.C. 20044-0663
Telephone: 202.619.4119
Facsimile: 202.353.2021
Email: kenneth.stegeby@usdoj.gov