IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| F.I.M. CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA<br><br>Defendant. | No. 06-532 L<br><br>Judge Nancy Firestone |

**UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**
**IN WHICH TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant, the United States of America, respectfully moves for an enlargement of time of forty-five (45) days, to and including November 2, 2006, in which to respond to Plaintiff's Complaint.

At present, Defendant's response to the Complaint is due September 18, 2006. No previous enlargements of time have been requested. A complicated and lengthy factual history underlies Plaintiff's Complaint. Additional time is necessary for Defendant to compile the underlying facts and for Defendant's counsel to complete a response to Plaintiff's Complaint.

Counsel for Defendant has conferred with Plaintiff's counsel, who states he has no objection to Defendant's motion for an enlargement of time.

Wherefore, Defendant respectfully requests it be granted an enlargement of time of forty-five (45) calendar days, to and including November 2, 2006, in which to file its response to Plaintiff's Complaint.

Dated: September 12, 2006.

Respectfully Submitted,

SUE ELLEN WOOLRIDGE
Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice

s/ E. Kenneth Stegeby
E. KENNETH STEGEBY
Natural Resources Section
Environment & Natural Resources Division
U.S. Department of Justice
P. O. Box 663,
Washington, D.C. 20044-0663
Telephone: 202.619.4119
Facsimile: 202.353.2021
Email: kenneth.stegeby@usdoj.gov