# ENVIRONMENTAL ASSESSMENT

for the

PROPOSED REINTRODUCTION OF BIGHORN SHEEP

into

LEE VINING CANYON

MONO COUNTY CALIFORNIA

For further information contact:

CHRISTINA D. HARGIS
Mono Lake Ranger District
P.O. Box 10
Lee Vining CA 93541

Responsible Official:

EUGENE E. MURPHY
Inyo National Forest
873 N. Main Street
Bishop CA 93514

# I. PURPOSE AND NEED FOR ACTION

## A. Introduction

Inyo National Forest, the California Department of Fish and Game, and Yosemite National Park are considering the reintroduction of approximately 20 Sierra Nevada bighorn sheep (*Ovis canadensis californiana*) into Lee Vining Canyon, Mono County, California (Fig. 1). The earliest possible date for the reintroduction would be February, 1985.

The Sierra Nevada bighorn (also known as the California bighorn) is classified as rare by the state of California and currently numbers less than 300 animals, occurring in four herds. This subspecies of bighorn sheep is considered distinct from the Nelson bighorn (*O. c. nelsoni*) and the peninsular bighorn (*O. c. cremnobates*), which also occur in California. There is abundant evidence that Lee Vining Canyon and Yosemite National Park were part of the Sierra Nevada bighorn's historic range (Wehausen 1979).

The proposed reintroduction is in keeping with the goals and directives of the three agencies involved. One of the goals stated in the state's *Management Plan for Bighorn Sheep in California* (1984) is "to reestablish bighorn populations on historic ranges where feasible." Likewise, an objective stated by Yosemite National Park in the *Natural Resources Management Plan* (1977) is to "reintroduce the bighorn from other suitable population sources." Inyo National Forest is currently developing a 10-year Land Management Plan, in which bighorn sheep will be specifically addressed. The current management direction for Lee Vining Canyon and Lee Vining Creek Management Units is to manage for recreation, grazing, watershed, wildlife, and visual quality. (Mammoth-Mono Unit Plan 1979).

The *Sierra Nevada Bighorn Sheep Recovery and Conservation Plan* (1984), a document written jointly by Inyo National Forest, California Department of Fish and Game, Yosemite National Park, and Sequoia and Kings Canyon National Parks, establishes three objectives for bighorn management. One of these is to "restore bighorn sheep to all former ranges within the Sierra Nevada where it is ecologically, economically and politically feasible, and where conditions could be made favorable to their success."

## B. Issues and concerns

Issues and concerns arising from the proposed reintroduction are as follows: