USDA-Forest Service FS-2200-10 (9/85)



Permittee Number 19

Permit Number 19105

# TERM GRAZING PERMIT - PART 1
(Reference FSM 2230)

## PART 1

F.I.M., CORP. of P.O. BOX 12, SMITH NEVADA 89430, hereinafter
(Name of Permittee) (Post Office Address, Including Zip) called the permittee, is hereby authorized to graze livestock owned by the permittee upon designated lands administered by the Forest Service within the INYO (X appropriate box) [X] National Forest - [ ] National Grassland under the following terms and conditions:

1. Description of range. The livestock shall be grazed only upon the area described as follows: described on attached page and/or delineated on the attached map dated 1/96, which is part of this permit (strike out items or items not applicable).

2. The number, kind, and class of livestock, period of use, and grazing allotment on which the livestock are permitted to graze to are as follows, unless modified by the Forest Service in the Bill for Collection:

| LIVESTOCK | | | PERIOD OF USE | | GRAZING ALLOTMENT |
|---|---|---|---|---|---|
| NUMBER | KIND | CLASS | FROM | TO | |
| 900 | SHEEP | EWE/LAMB | 6/16 | 9/15 | BLOODY CANYON |

3. It is fully understood and agreed that this permit may be suspended or cancelled, in whole or in part, after written notice, for failure to comply with any of the terms and conditions specified in Parts 1, 2, and 3 hereof, or any of the regulations of the Secretary of Agriculture on which this permit is based, or the instructions of Forest officers issued thereunder; or for knowingly and willfully making a false statement or representation in the permittee's grazing application, and amendments thereto; or for conviction for failure to comply with Federal laws or regulations or State and local laws relating to livestock control and to protection of air, water, soils and vegetation, fish and wildlife, and other environmental values when exercising the grazing use authorized by the permit. This permit can also be cancelled, in whole or in part, or otherwise modified, at any time during the term to conform with needed changes brought about by law, regulation, Executive order, allotment management plans, land management planning, numbers permitted or seasons of use necessary because of resource conditions, or the lands described otherwise being unavailable for grazing. Any suspension or cancellation action may be appealed pursuant to 36 CFR 251, Subpart C.

4. This permit supersedes permit issued 03/24/86 to F.I.M., INC. by Leon R. Silberberger, Acting Forest Supervisor

I HAVE REVIEWED AND ACCEPT THE TERMS OF THIS PERMIT

| SIGNATURE OF PERMITTEE OR HIS AUTHORIZED AGENT | | | DATE |
|---|---|---|---|
| F.I.M. Corp Marianne F. Leinassar | | | 7-17-96 |
| SIGNATURE OF FOREST OFFICER | NAME (PRINT) | TITLE | DATE |
| [signature] | Sandy G. Hogan | Ass't Forest Supervisor | 7/22/96 |

PART 2 - GENERAL TERMS AND CONDITIONS

1. **Validation of Permit.** The issuance of a Bill for Collection and payment of fees and actual turning on at least 90 percent of livestock the first grazing season after the permit is issued will validate this permit for the number, kind, and class of livestock, grazing allotment, and period of use for the particular year.

2. **Bill for Collection.** Each year, after validation and prior to the beginning of the grazing season, the Forest Service will send the permittee a Bill for Collection specifying for the current year the kind, number, and class of livestock allowed to graze, the period of use, the grazing allotment, and the grazing fees. This bill, when paid, authorizes use for that year and becomes part of this permit.

3. **Payment of Fees.** The permittee will not allow owned or controlled livestock to be on Forest Service-administered lands unless the fees specified in the Bill for Collection are paid.

4. **Administrative Offset and Credit Reporting.** Pursuant to 31 USC 3716 and CFR Part 3, Subpart B, any monies that are payable or may become payable from the United States, under this permit, to any person or legal entity not an agency or subdivision of a State or local government may be subject to administrative offset for a collection of a delinquent debt the person or legal entity owes to the United States. Information on the person's or legal entity's responsibility for a commercial debt or delinquent consumer debt owed the United States shall be disclosed to consumer or credit reporting agencies.

5. **Interest, Penalty, and Administrative Costs.** Pursuant to 31 USC 3717 and 7 CFR Part 3, Subpart B, interest shall be charged on any payment or fee amount not paid within 30 days from the date the payment was due. Interest shall be assessed using the most current rate prescribed by the United States Department of the Treasury Fiscal Requirements Manual (TFRM-6-8020.20). Interest shall accrue from the date the payment was due. In addition, in the event the account becomes delinquent, administrative costs may be assessed. A penalty of 6 percent per year shall be assessed on any payment or fee amount overdue in excess of 90 days from the date the first billing was due. Payments will be credited on the date received by the designated collection officer or deposit location. If the due date(s) for any of the above payments falls on a non-workday, the charges shall not apply until the close of business on the next workday.

6. **Term of Permit.** This permit is effective until 12/31/05 unless waived, cancelled, or otherwise terminated as provided herein. The permittee has first priority for receipt of a new permit at the end of the term subject to modification deemed necessary by the Forest Service.

In order to update terms and conditions, this permit may be cancelled at the end of the midyear of each decade, beginning with 1995, provided it is reissued to the existing permit holder for a new term of 10 years.

7. **Ownership Requirement**
(a) Only livestock owned by the permittee are authorized to graze under this permit. To exercise use of the permit, the permittee will furnish all evidence of ownership requested by the Forest Service. Livestock purchased and subsequently sold back to the original owner, or to an agent, assignee, or anyone representing or acting in concert with the original owner, within a 24-month period without prior written approval by the Forest officer in charge will not be considered valid ownership of the livestock.

(b) Base property owned and used by the permittee to qualify for a term grazing permit must meet minimum base property requirements approved by the officer in charge.

PART 2 - GENERAL TERMS AND CONDITIONS

8. Range and Livestock Management

(a) The allotment management plan for the land described on page 1. Part 1 is part of the permit, and the permittee will carry out its provisions, other, instructions, or others as issued by the Forest officer in charge for the area under permit and will require employees, agents, and contractors and subcontractors do likewise.

(b) The number, kind, and class of livestock, period of use, and grazing allotment specified in the permit may be modified when determined by the Forest Officer in charge to be needed for resource protection. Except in extreme emergencies where resource conditions are being seriously affected by livestock use or other factors, such as fire, drought, or insect damage, notice of a scheduled reduction of numbers of livestock or period of use under a term permit will be given one (1) full year before a modification in permitted numbers or period of use becomes effective. This does not apply to annual adjustment in grazing as provided for in Section 8(c).

(c) When, in the judgment of the Forest Officer in charge, the forage is not ready to be grazed at the beginning of the designated grazing season, the permittee, upon request of the Forest officer, will defer placing livestock on the grazing allotment to avoid damage to the resources. The permittee will remove livestock from Forest Service-administered lands before the expiration of the designated grazing season upon request of the Forest officer when it is apparent that further grazing will damage the resources.

(d) The permittee will allow only the numbers, kind, and class of livestock on the allotment during the period specified in Part 1 hereof or the annual Bill for Collection, including any modifications made as provided for in Section 8(c). If livestock owned by the permittee are found to be grazing on the allotment in greater numbers, or at times or places other than permitted in Part 1 hereof, or specified on the annual Bill for Collection, the permittee shall be billed for excess use at the unauthorized use rate and may face suspension or cancellation of this permit.

(e) The permittee will not allow owned or controlled livestock to be upon any area of Forest Service-administered lands not described in either Part 1 hereof or the annual Bill for Collection.

(f) The Forest officer in charge may, at any time, place, or fasten or require the permittee to place or fasten upon livestock covered by this permit appropriate marks or tags that will identify them as livestock permitted to graze on lands administered by the Forest Service. When requested by the Forest officer, the permittee will, at any time during the permitted period of use, including entry and removal dates, gather permitted livestock to enable an accurate count to be made thereof. The Forest Service may, at its option, gather and hold for counting all livestock grazing on the allotment.

(g) Only livestock marked, tagged, or branded as shown in the application upon which this permit is based, and as may be required under Section 8(f), will be allowed to graze under this permit unless the permittee has advance written approval from the Forest officer in charge to do otherwise.

(h) The permittee will pay the costs of, perform, or otherwise provide for the proportionate share of cooperative improvements and management practices on the permitted area when determined by the Forest officer in charge that such improvements and practices are essential to proper protection and management of the resources administered by the Forest Service.

PART 2 - GENERAL TERMS AND CONDITIONS

(i) This permit is issued and accepted with the provision that the permittee will maintain all range improvements, whether private or Government-owned, that are assigned for maintenance to standards of repair, orderliness, and safety acceptable to the Forest Service. Improvements to be maintained and acceptable to maintenance are specified in Part 3 of this permit. The Government may maintain or otherwise improve said improvements when, in its opinion, such action will will be to its advantage.

9. **Nonuse.** At least 90 percent of the livestock permitted must be grazed each year, unless the Forest officer in charge approves nonuse. Failure to place livestock on the allotted range/pasture without approved nonuse may result in cancellation of the term grazing permit in whole or in part.

10. **Protection.** The permittee, or the permittees' agents and employees, when acting within the scope of their employment, and contractors and subcontractors will protect the land and property of the United States and other land under jurisdiction of the Forest Service covered by and used in conjunction with this permit. Protection will include taking all reasonable precautions to prevent, make diligent efforts to suppress, and report promptly all fires on or endangering such land and property. The permittee will pay the United States for any damage to its land or property, including range improvements, resulting from negligence or from violation of the provisions and requirements of this permit or any law or regulation applicable to the National Forests System.

11. **General.**
(a) The Forest officer in charge may at any time require the permittee to give good and sufficient bond to insure payment for all damage or costs to prevent or mitigate damages sustained by the United States through the permittee's failure to comply with the provisions and requirements of this permit or the regulations of the Secretary on which it is based.

(b) This permit will be cancelled, in whole or in part, whenever the area described in this permit is withdrawn from the National Forest System by land exchange, modification or boundaries, or otherwise, or whenever the area described in this permit is to be devoted to a public purpose that precludes grazing.

(c) The permittee will immediately notify the Forest officer in charge of any change in control of base property, ownership of livestock, or other qualifications to hold this grazing permit.

(d) The permanent improvements constructed or existing for use in conjunction with this permit are the property of the United States Government unless specifically designated otherwise or covered by a cooperative agreement. They will not be removed nor compensated for upon cancellation of this permit, except in the National Forest in the 16 contiguous Western States when cancelled, in whole or in part, to devote land to another public purpose including disposal. In the event of such cancellation on the National Forests in the 16 Contiguous Western States, the permittee will be compensated for the adjusted value of approved range improvements installed or placed by him.

(e) The permittee may not transfer, assign, lease, or sublet this permit in whole or part.

(f) This permit includes the terms and conditions of Part 3 hereof, consisting of page 5 through 9, which follow.

| USDA - Forest Service<br><br>GRAZING PERMIT - PART 3<br>(Reference FSM 2230) | Page of 9<br>Permittee Number<br>19<br>Permit Number<br>19105 |
|---|---|

SPECIAL TERMS AND CONDITIONS

This permit including the following special terms and conditions constitutes the Allotment Management Plan for the Bloody Canyon Allotment

Responsibilities for Construction and Maintenance of Structural Improvements or for Range Rehabilitation.

All range improvements will be maintained to original construction standards. Any work requiring ground disturbance, other than routine replacement of fence posts and "H" braces, and minor pipeline repair, requires prior approval in writing. Structural and non-structural improvement construction work will follow written instructions and standards provided by the Forest Service.

The permittee is responsible for maintenance of the following existing range improvements:

1. Sheep troughs situated along the aqueduct road
   Sec. 5; T.1S.; R.25E.; M.D.M.

Structural and/or non-structural range improvement work may be done to maintain watershed stability and allow optimum forage utilization levels. Initial utilization levels have been set based on current vegetative condition and watershed function. Improved vegetative condition and improvement in watershed function may result in increased allowable utilization levels as described in the Inyo National Forest Land and Resource Management Plan Range Utilization Standards. The following structural and non-structural range improvement work will be done, annual work schedules will be agreed on in the Annual Operating Instructions:

No structural or watershed improvement projects are currently planned. However, if such improvements become necessary over the course of the permit, then they would be subject to all the above terms and conditions.

| USDA - Forest Service<br><br>TERM GRAZING PERMIT - PART 3<br>(Reference FSM 2230) | Page 6 of 9<br>Permittee Number<br>19<br>Permit Number<br>19105 |
|---|---|

SPECIAL TERMS AND CONDITIONS (Continued)

Land and Resource Management Plan Compliance

The permittee is responsible for compliance with the Inyo National Forest Land and Resource Management Plan (LRMP) Standards and Guidelines through compliance with the terms and conditions of this permit and the Annual Operating Instructions (AOI) incorporated into this permit yearly. A list of representative standards typically applicable to grazing management is included as Appendix A of this permit.

Grazing System

A once over grazing system will be implemented for the Gibbs, Bohler, Walker and Parker areas as identified on the attached map.

Allowable Forage Utilization

The Inyo National Forest LRMP Range Utilization Standards will be implemented on this allotment as follows (see also attached map):

Gibbs Unit

Key Area 1, (T.1N; R.26E; Sec. 31)
Key species: Indian Ricegrass (Achnatherum hymenoides), Needlegrass (Hesperostipa comata) and Bitterbrush (Purshia sp.)
40% early season, 40% late season - Bitterbrush
40% early season, 50% late season - Bunchgrasses

Bohler Canyon Unit

Key Area 2, (T.1N; R.25E; Section 1 and 26E; Sec. 6)
Key species: Sedge (Carex spp.), Indian Ricegrass (Achnatherum hymenoides), Needlegrass (Hesperostipa comata) and Bitterbrush (Purshia sp.)
40% Bitterbrush, 60% Bunchgrasses

Lower Walker area

Key Area 3, (T.1S; R.26E; Section 5)
Key species: Indian Ricegrass (Achnatherum hymenoides), Needlegrass (Hesperostipa comata) and Bitterbrush (Purshia sp.)
30% Bitterbrush, 50% Bunchgrass

Parker Creek Unit

Key Area 4, (T.1S; R.26E; Section 19)
Key species: Indian Ricegrass (Achnatherum hymenoides), Needlegrass (Hesperostipa comata) and Bitterbrush (Purshia sp.)
40% Bitterbrush, 60% Bunchgrass

| USDA - Forest Service | FS 2[illegible]0-10b (9/85) |
| --- | --- |
| | Page 7 of 9 |
| TERM GRAZING PERMIT - PART 3 (Reference FSM 2230) | Permittee Number 19 |
| | Permit Number 19105 |

**SPECIAL TERMS AND CONDITIONS (Continued)**

**Range Readiness**

Range readiness and the actual on date will be determined by inspecting the first unit scheduled to be grazed each year. Range readiness for the Bloody Canyon Allotment is characterized by Needlegrass (Hesperostipa and Achnatherum sp.) at least 6" in height, with flowering heads mostly emerged along with the Bitterbrush shrubs (Purshia sp.) in full flower.

**Annual Operating Instructions**

The permittee will meet with the Forest Officer in charge of grazing administration for this allotment to develop Annual Operating Instructions (AOI) prior to allowing livestock on the allotment each year. The annual operating instructions will become part of this permit and will be followed by the permittee and the permittee's employees.

**Monitoring and Reporting**

The permittee is responsible for compliance with permit terms and conditions and for the timely removal or relocation of livestock to avoid exceeding these standards. This includes assuring that range readiness and allowable use standards are not exceeded. Monitoring will be on the key areas identified above and shown on the attached maps.

At the end of the grazing season the permittee will give the Forest Officer in charge actual use, monitoring documentation and distribution information for the allotment. This information will include actual use dates and numbers, photographs and data sheets of key area forage utilization. The nature and extent of the monitoring and documentation will be as agreed on in the annual operating instructions.

**Grazing Management**

The permittee is responsible for obtaining written permission from the Forest Officer in charge prior to implementing any ground disturbing activity.

The permittee is responsible for moving each band of sheep to the next campsite in compliance with the pattern described in the Annual Operating Instructions the off date each year.

All trash and refuse generated by the permittee's operation will be removed from the allotment in a timely manner.

Dead animals will be moved at least 100 yards away from water, trails, roads, campsites, riparian areas and recreation sites within 48 hours of discovery.

All vehicular travel must remain on existing roads. Any exceptions must be approved by the Forest Officer in charge.

All bedding grounds and siesta sites must be at least 1/4 mi. from riparian areas, live water, away from recreational camp sites, and out of sight of major roadways, or on preapproved camp sites, including those shown on the attached allotment map.

Salt at established locations and/or bedding grounds only.


BLOODY CANYON ALLOTMENT
INYO NATIONAL FOREST
LEGEND
ALLOTMENT BOUNDARY
UNIT BOUNDARY
WATER DEVELOPMENT
FENCELINE
PIPELINE
CATTLEGUARD
PRIVATE LAND
CLOSED AREAS
SCALE
1996
PAGE 8 OF 9
PERMITTEE # 19
PERMIT # 19105
ISSUED BY: SANDY HOGAN, AFS
ON
INYO
NATIONAL
FOREST
Lower Horse Meadow
Lower Horse Meadow
Williams Butte
Walker Lake
Parker Pass
Grant Lake
MT DIABLO
RANGER
Canyon
Bloody Canyon
Walker Creek
Parker Lake


BLOODY CANYON
ALLOTMENT
1996
Legend
ALLOTMENT BOUNDARY
PRIOR BOUNDARY
PRIVATE PROPERTY
WATER
KEY AREAS
KEY AREA #1
Bitterbrush
utilization standard 40%
Bunchgrass
utilization standard 40/50%
KEY AREA #2
Bitterbrush
utilization standard 40%
Bunchgrass
utilization standard 60%
KEY AREA #3
Bitterbrush
utilization standard 30%
Bunchgrass
utilization standard 50%
KEY AREA #4
Bitterbrush
utilization standard 40%
Bunchgrass
utilization standard 60%
Canyon
Gibbs
Bohler Canyon
Creek
Walker
Canyon
Sawmill
Creek
Parker

## APPENDIX A

### SUMMARY OF STANDARDS AND GUIDELINES APPLICABLE TO GRAZING MANAGEMENT

The natural resources on land administered by the Forest Service are managed in compliance with regulations and policies established by Congress and by the Secretary of the Department of Agriculture. The following is not intended to be a complete listing of all potentially applicable management direction, it is a list of selected management direction determined to potentially be relevant to many grazing management situations.

Land and Resource Management Plan

The Forest Land and Resource Management Plan contains goals, objectives, area prescriptions and standards and guidelines incorporating management direction from the Forest Service Manual and legal direction from Congressional Acts. Implementing the LRMP is a primary focus of this allotment planning process and this direction will be used to formulate the Term Permit conditions, allotment management objectives, action items and monitoring.

Management Area Prescription

Each grazing allotment is within one or more identified management areas and there may be management area specific direction applicable to grazing management incorporated from the LRMP area prescriptions (pp. 151-238).

Standards and Guidelines

The following Standards and Guidelines were selected as providing direction applicable to grazing on the Inyo National Forest. The interdisciplinary team working on each allotment Environmental Analysis will determine which of these apply to that specific allotment and will develop these standards and guidelines into terms and conditions of the Term Grazing Permit.

Diversity (LRMP p. 76):

Maintain or improve the diversity of plant and animal communities by providing a variety of vegetation types and seral stages within the Forest.

Maintain at least five percent of each timber type and ten percent of each shrub type in each of the named seral stages. if any given seral stage-vegetation combination currently represents less than the minimum required level, manage to achieve the required level as soon as possible.

Use the following...shrub types, and seral stages to determine the Minimum Management Requirement level of diversity....

Shrub Types: Big Sagebrush, bitterbrush.

Seral Stages:

(1) early stage

(2) middle stage

(3) late stage

Facilities (LRMP pp. 77-78)

Maintain trails to assigned maintenance levels.

Separate incompatible trail uses where feasible.

Fish

Threatened and Endangered Fish

Rehabilitate and maintain essential habitat for these species according to species' recovery plans and Memoranda of Understanding with the California Department of Fish and Game and the U.S. Fish and Wildlife Service.

Provide high quality habitat for threatened and endangered fish species based on the results of habitat capability model analysis.

Manage all stream reaches of essential habitat as depicted in the Recovery Plan to the following guidelines in consultation with the U.S. Fish and Wildlife Service.

1. Do not allow any activity that results in more than 10 percent degradation of the habitat within any given stream reach; this conclusion must be supported by data the results from the use of a quantitative methodology survey such as GAWS, COWFISH, etc.

2. Restore unstable or eroding streambanks to attain a streambank system that is no more than 10 percent unstable at any given time.

3. Retain vegetation adjacent to perennial streams that affords stream shading and streambank stability.

Fisheries

Provide medium to high quality habitat for resident fish species based on the results of the appropriate habitat capability model.

Manage all stream reaches of all state designated wild trout waters according to the following:

(1) Any activity that results in trampling and chiseling should not exceed 10 percent of any given stream reach...

(2) Restore unstable or eroding streambanks to attain a streambank system that is no more than 10 percent unstable at any given time.

(3) Streamside vegetation should provide a minimum of 90 percent of the habitat's capability to provide stream shading and fish cover.

Manage all stream reaches containing resident fish according to the following:

1. Any activity that results in trampling and chiseling should not exceed 20 percent of any given stream reach...

2. Restore unstable or eroding streambanks to attain a streambank system that is no more than 20 percent unstable at any given time.

Design stream crossings to accommodate fish passage...

Maintain instream flows needed to support existing fisheries.

Hardwoods (p. 80)

Protect the integrity of the hardwood ecosystem in all existing oak stands.

Range (LRMP pp.84-85):

Develop range resources to their reasonable potential and manage them for sustained yields.

Provide grazing tenure to lend stability to the local livestock-raising community and established ranching operations.

Manage grazing allotments according to a planned management system.

Develop range Allotment Management Plans before term permits are issued where possible. incorporate in those plans provisions for implementing Best Management Practices for range management.

Use individual grazing allotment plans as the instrument to guide the avoidance of unacceptable damage to soil, water quality...and the resolution of incompatibilities between livestock and known key mule deer fawning areas. Institute positive measures such as delaying the grazing season and/or directing livestock away from riparian areas by herding, salting, water developments, or fencing. Amend allotment plans to include adopted means of resolution and needed mitigation measures. If mitigation is unsuccessful in preventing unacceptable resource damage, as a last resort livestock grazing will be reduced or eliminated.

Consider the benefit to...wildlife recreation and watershed as well as range when designing range improvements.

Assess impacts on riparian areas within permit boundaries during grazing permit re-evaluations. Require structural and/or nonstructural measures to correct unacceptable deterioration of riparian-dependent resources.

Achieve or maintain rangeland, over time, in "satisfactory" condition as defined by the Region 4 or Region 5 (as appropriate) Range Analysis handbook and Resource Value Rating System.

Use criteria will be established and documented for each unit of each grazing allotment. These criteria will be developed through the interdisciplinary team approach using long-term trend studies and identified limiting factors. These criteria will define permissible grazing levels. This standard should be observed in the process--soil and vegetation are the basic resources. The condition of these two resources must be maintained or improved. If they are in a satisfactory condition, then they must be maintained in this condition. If they are in a less than satisfactory condition, then allowance must be made for improvement in condition.

Locate salt...outside riparian areas and at least one-quarter mile away if possible and reasonable.

<u>Riparian Areas (LRMP pp.89-91)</u>.

Give emphasis to riparian-dependent resources in the management of riparian areas.

Prevent significant adverse riparian area changes in water temperature, chemistry, sedimentation and channel blockages.

Use allotment management plans as the vehicle for ensuring protection of riparian areas from unacceptable impacts from grazing. Institute positive measures such as salting, herding, water developments, fencing, rest rotation, deferred rotation,, and other grazing systems as mitigation measures. If mitigation is unsuccessful in preventing unacceptable resource damage to the riparian habitat, as a last resort, livestock grazing will be reduced or eliminated in the effected areas.

Rehabilitate and/or fence riparian areas that consistently show resource damage from any cause if conflicts cannot be resolved.

Relocate existing roads, trails, and campsites outside riparian areas where necessary to eliminate or reduce unacceptable deterioration of riparian-dependent resources.

Maintain the integrity of desert springs in the...Inyo Mountains... to conserve plant and wildlife habitat.

Recognize the important and distinctive values of riparian areas when implementing management activities. Give preferential consideration to riparian-dependent resources when conflicts among land use activities occur.

Delineate and evaluate riparian areas before implementing any planned management activity.

Design range...and wildlife habitat improvement projects...to maintain or enhance riparian area dependent resources.

Give priority to the rehabilitation of riparian areas when planning range, wildlife habitat,...improvement projects.

Move existing livestock watering locations out of riparian areas when and where feasible.

Sensitive and Watchlist Plants (LRMP pp.91-92).

Develop and implement a consistent, systematic, biologically sound program for sensitive plant species and their habitat so that federal listing does not occur.

Complete inventories of project sites and areas of disturbance if there is potential habitat or known population locations are identified.

Complete interim management recommendations for all listed sensitive plant species (the Watch List I, Watch II, and Sensitive Species lists).

Allow no new disturbance of identified sensitive plant habitat without direction from Interim Management Guides, Species Management Guides, or an environmental analysis.

Special Interest Areas and National Landmarks (LRMP p. 92)

Manage the existing Ancient Bristlecone Pine Forest Botanical Area under the approved management plan.

Cultural Resources (LRMP pp. 75-76).

Consult with local American Indian groups to ensure the protection of, and access to, traditional secular, religious, and ceremonial sites.

Document inventories, site evaluations, assessments of impacts and mitigation plans in all EAs/EISs for Forest initiated, authorized, or licensed activities.

Treat Class II properties as if they were class I until they are evaluated.

Maintain the confidentiality of cultural resource site locations to aid in their protection.

Develop and implement strategies including road closures for the protection of cultural sites.

Watershed (LRMP pp. 94-97)

Soils

Reduce accelerated soil erosion resulting from management activities to natural background levels within three years after soil-disturbing activity.

Avoid the use of soil-disturbing equipment,...trampling by livestock on wet or poorly drained soils whenever possible.

Conserve the surface mineral and/or surface organic layer of the soils by minimizing soil disturbance to maintain long term productivity.

Stabilize all areas disturbed by management activities to minimize soil erosion.

Apply the Best Management Practices from the handbook, ...when implementing ground disturbing activities...

Require an interdisciplinary review to avoid of mitigate adverse impacts for any projects or activities proposed in areas identified in the soil resource inventories as having an erosion hazard rating of nine or greater.

Limit disturbance to no more than five percent per decade on that portion of a management area characterized by steep slopes, very high erosion potential, or high instability.

Water

Maintain or improve water quality to meet state and federal standards.

Implement Best Management Practices (BMPs) to meet water quality objectives and maintain and improve the quality of surface water on the Forest. Identify methods for applying BMPs during project level environmental analysis and incorporate into the associated project plan and implementation documents.

Manage watersheds with the priority of maintaining and protecting existing healthy watersheds before rehabilitating degraded systems.

Maintain instream flows needed to maintain stream channel competence.

Manage sensitive stream reaches (those with bank protection ratings of 16-20) according to the following guidelines for all domestic water supply watersheds:

1. Do not allow the sum of trampling and chiseling scores to exceed 20 percent.

2. Do not permit roads, trails, or livestock paths to cross streams in these reaches unless they are satisfactorily mitigated.

3. Maintain adequate instream flows to retain soil protecting riparian vegetation.

Locate roads and trails...well away from stream courses and other water bodies where possible. Avoid constructing roads and trails that parallel or cross tributaries to a main stream.

Use the steepest permissible pitches and grades to avoid parallelling the stream at stream crossings. Design to maintain the existing width:depth ratio of the stream.

Heavily armor the streambed both upstream and downstream from each road, trail, and livestock path crossing...Give highest priority to streams that contain threatened or endangered species and watersheds that provide domestic water supplies.

Return all lands in declining watershed condition to equilibrium.

Wilderness (LRMP p. 97)

- Manage wilderness under the following guidelines: maintain a predominantly natural and natural-appearing environment, facilitate low frequencies of interaction between users, and exercise necessary controls primarily from outside the wilderness boundary. Any on-site controls should be subtle.

Wildlife (LRMP pp. 98 - 105)

Threatened, Endangered, and Sensitive Animal Species

- Consider threatened and endangered species as below viability until recovery is achieved. Emphasize the protection and improvement of habitat for threatened or endangered wildlife. Manage for the protection and enhancement of all historically and potentially threatened or endangered species habitat as necessary to meet recovery levels.

- Cooperate with the Fish and Wildlife Service and California Department of Fish and Game in the management of threatened and endangered species and the restoration of habitat. Submit proposals for actions that might affect the continued existence of a threatened or endangered species to the U.S. Fish and Wildlife Service for formal consultation.

- Develop and implement a consistent, systematic, biologically sound strategy to manage sensitive species and their habitats so that federal listing does not occur.

Management Indicator Species

- Management Indicator Species are those that the Forest identified for one or more of the following reasons: federally designated threatened or endangered species; sensitive species; harvest species; ecological indicator species; or special interest species.

- Populations of species in these categories will be maintained at viable levels. These Standards and Guidelines apply to existing and potential habitats for these species.

Carnivores (State-listed or Sensitive): Sierra Nevada red fox, pine marten, fisher, wolverine

1. Inventory project areas where development or habitat alteration projects could alter habitats required by these species.

2. Maintain the integrity of habitats required by these species. Manage known habitats to ensure that breeding and adjacent foraging habitats are maintained.

Mule deer (Harvest)

1. Maintain or enhance the integrity of key winter rangers, holding areas, migration routes, and fawning areas for mule deer. Although management activities may allow for some alteration of their habitat, the goal is to maintain deer habitat to support deer population levels consistent with deer herd management objectives.

   Design vegetative treatment units on summer, winter, and transition ranges so that the distance from forage to cover does not exceed six hundred feet.

   Recognize the sensitivity of infringement on known key mule deer fawning areas during the critical fawning period from June 15 to July 15. Resolve conflicts in favor of fawning areas.

   Manage summer and transition ranges for each herd to provide a thermal cover to forage ratio between 20:80 and 80:20 on each area.

   Develop water sources where water is needed and opportunities are available.

   Coordinate with Caltrans and the counties to provide the safest possible road crossings for mule deer.

2. Recognize the importance of key deer habitats. Emphasize the protection of critical deer habitat when analyzing development proposals.

3. Determine forage allocation for deer on the basis of five pounds of forage per deer per day (6.5 deer per AUM).

Bald eagle (Endangered)

1. Manage for recovery. Recovery may require the management of potential sites as well as occupied sites.

2. Use the presence of bald eagles and results of the habitat capability model for the species to establish the existing and potential wintering areas including winter roosts, foraging areas, and daytime perches.

3. Maintain the integrity of existing wintering areas. Do not establish new winter uses or recreation developments within one-quarter mile of such areas.

4. Maintain and enhance fish, waterfowl, and other prey-base populations within winter foraging areas where opportunities exist.

5. Implement the Pacific States Bald Eagle Recovery Plan. Prepare a local winter bald eagle management plan that tiers to the Pacific States Plan.

Golden eagle and prairie falcon (Special Interest)

1. Maintain or enhance the integrity of nesting habitats for golden eagles and prairie falcons.

   Limit human disturbance within one-quarter mile of nest sites from February 1 through June 30.

   Provide for several successional stages and vegetation types within five miles of nest sites.

Tule elk (Special Interest)

1. Follow the direction of the Tule Elk Management Plan for the Owens Valley.

Peregrine falcon (Endangered)

1. Implement the Pacific Coast American Peregrine Falcon Recovery Plan prepared by the U.S. Fish and Wildlife Service.

Goshawk (Sensitive)

1. Maintain a density of at least one goshawk territory per eighteen square miles within goshawk habitat range. Distances between territories or clumps of territories will not exceed twelve miles. Goshawk habitat range is defined as an area containing active or potential nesting habitat as defined below.

2. Include the following elements in potential goshawk habitat or territories retained to assure species viability: (a) five or more vegetation types and three or more seral stages within two miles of the nest stand; (b) at least 40 percent canopy cover; (c) a water source within one-quarter mile of the nest stand; and (d) a nest stand location on a slope of less than 20 percent.

Blue grouse (Harvest)

1. Maintain or enhance blue grouse habitat by protecting vegetative diversity, riparian habitat, and down logs.

Sage grouse (Harvest)

1. Maintain a shrub canopy cover of at least 20 percent on at least 30 percent of vegetation treatment areas within six miles of known strutting grounds (leks).

2. Allow no vegetative treatment in sage grouse habitat that would have a significant negative impact on this species.

3. Recognize the sensitivity of sage grouse leks during the period from March 1 and April 30. Resolve conflicts in favor of sage-grouse.

4. Cooperate with the California Department of Fish and Game in reintroduction efforts.

Spotted owl/Great gray owl (Sensitive)

1. Conduct periodic inventories. If spotted owl pairs are located, manage their habitat as needed to maintain natural distribution on the Forest.

2. If great gray owls are documented, maintain foraging and nesting habitat where management activities could alter their habitat.

Sierra Nevada mountain sheep (Sensitive) and Nelson mountain sheep (Special Interest)

1. Maintain existing mountain sheep habitat. Where feasible, expand their ranges by transplanting animals to suitable unoccupied habitats as per the criteria stated in the Sierra Nevada Mountain Sheep Recovery Plan.

2. Permit no increase in existing livestock use if the increase is shown to be deleterious to mountain sheep populations as defined in the Recovery Plan.

3. Maintain the health of established mountain sheep populations. If disease transmission from domestic livestock is shown to be deleterious to mountain sheep populations, find ways to alleviate this problem.

4. Prohibit the conversion of livestock type from cattle to sheep on or adjacent to existing or approved reintroduction sites for mountain sheep.

5. If reintroduced mountain sheep establish themselves in drainages outside the reintroduction sites, take advantage of opportunities

to extend mountain sheep range, consistent with other resource activities.

6. Develop and implement a recovery and conservation plan for Nelson sheep similar to the one devised for Sierra Nevada sheep. Update the Sierra Nevada Mountain Sheep Plan.

Riparian area-dependent Species

1. Maintain the viability of the yellow warbler by implementing management direction for snags, down logs, riparian habitats, and habitat diversity

Habitat Types

Shrub Habitats

Shrub Habitat Types: High elevation (alpine shrub, montane shrub, wedgeleaf ceanothus); low elevation (curlleaf mahogany, bitterbrush, big sagebrush, low sagebrush); and high desert (saltbush-greasewood, shadscale).

Successional Stages (not applied to high elevations: <20% canopy cover (grass-forb); 20-40% canopy cover; >40% canopy cover.

1. Maintain a minimum of 15 percent of total shrub habitat in each successional stage in low elevation and high desert shrub types.

2. Limit vegetation treatment area size to a range of 80 to 140 acres in most cases. Design treatment areas so they have wavy or feathered edges and a diversity index greater than 1.4.

3. Bring all grazed habitats to at least fair condition with an upward or static trend on lands grazed under rest-rotation and deferred rotation systems.

4. Defer livestock grazing on vegetation treatment areas 1.5 to 2.5 years to allow establishment of herbaceous vegetation.

5. Address the management of all forage classes, including forbs, in terms of grazing systems and season of use in Allotment Management Plans.

6. Locate areas proposed for treatment in shrub habitats where existing herbaceous understory represents at least 10 percent of total vegetative cover.



TRAIL ON
Lee Vining Creek
Lower Horse Meadow
Williams Butte
PUMICE
VALLEY
Gibbs Canyon
Canyon
Bohler Canyon
Walker
Walker Lake
Bloody
Kidney Lake
Sawmill Canyon
FENCE
MT DIABLO
BASE LINE
Lower Sardine Lake
Upper Sardine Lake
Mt Lewis
Parker Pass
Parker
Grant Lake
Aeolian
INYO NATIONAL FOREST
Koip Pk
Parker Pk
Mt Wood
Reversed Pk
June Lake
BLOODY CANYON ALLOT.
ALLOT. BDRY.
WILDERNESS BDRY.
PVT. LAND
LAKES
Waived Private Land
Exchange of use - N.
Land
April 1976
Page 5 of 5
Permittee #19
Permit #19106