United States Department of Agriculture
Forest Service
Inyo National Forest
Lee Vining Ranger Station
P.O. Box 429
Lee Vining, CA 93541
(760) 647-3044
(760) 647-3045 TDD

File Code: 1950/2210

Date: November 24, 1999

Dear Interested Party:

The Inyo National Forest is proposing to prepare Environmental Assessments (EAs) for the purpose of evaluating the impacts of continue domestic sheep grazing on four grazing allotments located in the vicinity of Sierra Nevada bighorn sheep (SNBS) habitat. These are the Rock Creek, Algers, Bloody Canyon and Horse Meadows allotments, all located within Mono County, California.

Enclosed you will find three documents. The first describes the proposed actions being analyzed in the EA's. A minimum of two additional alternatives will be evaluated in the EAs, including no-grazing and the current situation (continued grazing with current terms and conditions).

A key issue that will be addressed in these analyses is the potential impact of continued grazing on the SNBS . On April 20, 1999, the U.S. Fish and Wildlife Service listed the SNBS as endangered under the emergency provisions of the Endangered Species Act. While the primary factor contributing to the SNBS's current population collapse is predation by mountain lions, there is concern about potential transmission of pneumonia from domestic sheep to the SNBS. As the number of SNBS have dwindled, the consequences of a disease event on the viability of the species has increased, to the point that domestic sheep must be managed so that no reasonable risk of contact between the two species exists.

Other issues that have been identified for analysis in these EAs include grazing impacts on riparian areas and riparian dependant species, grazing impacts on deer migratory range and fawning habitat, and maintenance of watershed health and water quality.

The second document is a draft version of an Interagency Domestic Sheep Management Strategy. The risk analysis and risk factors being developed in this document are referenced in the proposed action for the four grazing allotments. This document will continue to be developed concurrent with the EAs for the grazing allotments. While, at this time, only the Rock Creek allotment has been evaluated for risk, this draft document has been included in this package because an understanding of how risk will be addressed is critical to a full understanding of the proposed actions for all of the allotments.

The third enclosed document is notice of public meetings that are being held to review the proposed actions for these allotments and to discuss other current information on the status of the

SNBS. Public comment and identification of issues of concern is encouraged, and will be accepted during these public forums.

In addition, comments may be submitted in writing. Written comments should be sent to Kathy Noland, Wildlife Biologist, Inyo National Forest, 873. North Main Street, Bishop, CA 93514. Additional information may be obtained by contacting Kathy Noland at (760) 876-6210 or Ron Keil at (760) 647-3033.

Sincerely,

RONALD F. KEIL
Acting Assistant Forest Supervisor

enclosures (3)

# Inyo National Forest - Proposed Actions for the Bloody Canyon, Alger Lake , Horse Meadows and Rock Creek Domestic Sheep Grazing Allotments.

## Purpose and Need

The purpose of these proposed actions is to implement protection of Sierra Nevada bighorn sheep from potential disease transmission caused by domestic sheep contact, while continuing the authorization of grazing by sheep at a level consistent with Inyo National Forest Land and Resource Management Plan (LRMP) direction and in compliance with the Endangered Species Act (ESA) and the National Environmental Policy Act (NEPA).

The needs for these actions are: 1) to ensure that no reasonable risk of disease transmission to bighorn sheep exists from domestic sheep permitted to graze on these allotments; 2) to ensure that no adverse effect (as defined by the ESA) will occur to bighorn sheep as a result of continued domestic sheep grazing permitted on these allotments; 3) to meet multiple-use mandates by utilizing available forage while moving grazing allotments toward a Desired Condition as defined by LRMP goals and objectives for Range, Wildlife and Riparian resources; and 4) to complete the NEPA required environmental analysis to evaluate and disclose the impacts of continued domestic sheep grazing on these allotments, per the provisions of the Rescissions Act of 1995.

More specifically, the proposal has the following purposes:

To ensure that authorized grazing is in accordance with LRMP goals and objectives, while allowing desired plants to grow, reproduce and increase in abundance in order to improve the ecological health of the bitterbrush and riparian vegetation communities. This would be measured by additional residual biomass on perennial grasses and shrubs, more seed heads remaining after the grazing season and a slow to moderate increase in "decreaser" plants such as needlegrass (Achnatherum spp.) and bitterbrush (Purshia tridentata).

To maintain the integrity of the riparian communities within the allotment. Willow dominated areas will support plants in Form Classes 1 and 4 with good seral diversity, increased seedling establishment, and recruitment into sapling and mature age classes. Aspen stands would show increases in seedling and sucker survival, ensuring the continued existence of healthy, uneven aged stands.

To assure that adequate forage, cover and fawning habitat is maintained for migratory and resident mule deer populations.

To provide proper functioning watersheds by improving and maintaining conditions in springs, seeps, streams and adjacent uplands.

## Vicinity Description

The Bloody Canyon, Horse Meadow and Alger Lake Allotments are located entirely within Mono County, California. They are generally situated west of Hwy. 395 and halfway between the south June Lake turn-off and Hwy. 120 west near Lee Vining. The eastern boundary of the allotments is formed by the Los Angeles Department of Water and Power (DWP) aqueduct road 1N17. The northern boundary follows the glacial moraine paralleling Hwy.120 west. The western edge of the allotment does not follow roads but generally lies along the elevational relief created by the Sierran escarpment. The southern boundary continues along the hillside defining the Parker Bench area above the June Lake Loop road Hwy. 158 .

The Rock Creek Allotment is located entirely in Mono County, California, directly north and east of the community of Swall Meadows. It also includes the Hilton Unit, which is located directly northwest of the community of Crowley Lake and is bordered by McGee Creek to the north. The Rock Creek Allotment is bisected into east and west halves by Hwy. 395, from Sherwin Grade to the DWP land boundary on the north and west. (See maps).The allotments are comprised primarily of bitterbrush/sagebrush vegetation interspersed with meadow and riparian vegetation along the stream courses. The topography varies from flat to gently rolling hills to steep mountainsides, with elevations ranging from 6,000 - 10,000 feet along the Sierran escarpment.

**Proposed Action**

## Bloody Canyon and Alger Lake Allotments

The Inyo NF is proposing to modify the boundaries of both the Bloody Canyon and Alger Lake Sheep Allotments to reduce the probability of domestic sheep straying into Sierra Nevada bighorn sheep habitat nearby. The proposed action for the EA specifically modifies the allotment boundary by removing from grazing the most westerly portions of the Gibbs, Bohler and Parker drainages as well as the Parker Bench area to reduce the possibility of contact between domestic and bighorn sheep (see maps). Implementing this proposal would result in a reduction of acreage allocated to grazing and an increase in the acreage dedicated to Sierra Nevada bighorn sheep habitat as identified in the Environmental Impact Statement (EIS) for the Inyo NF LRMP (p.411, EIS, LRMP).

The Bloody Canyon permit would authorize the grazing of one band of approximately 900 ewes with lambs for a maximum of 1350 Sheep Months (SMs), with the management flexibility to vary grazing system, livestock numbers and length of season to allow for annual variations in precipitation or bighorn sheep movements. Actual grazing use would start on or after June 15 and terminate on or before August 1, annually.

The Alger Lake permit would authorize the grazing of one band of approximately 1000 ewes for a maximum of 1500 SMs with the management flexibility to vary grazing system, livestock numbers and length of season to allow for annual variations in precipitation. Actual grazing use would start on or after July 1 and terminate on or before August 15, annually.

**Proposed Action**

## Horse Meadows Allotment

The Inyo NF is proposing to issue a ten year Term On-Off Grazing Permit to authorize the grazing of domestic sheep in conjunction with the existing DWP lease located within the boundaries of the Horse Meadows Allotment (See maps). The historically permitted use and management system would be modified to include the following terms and conditions in order to reduce any potential adverse effects to Sierra Nevada bighorn sheep during the tenure of the permit.

The on-off permit would authorize the grazing of one band of sheep (approximately 1250 ewes) for a maximum of.200 SMs on National Forest System lands, with the management flexibility to vary grazing system, livestock numbers and length of season to allow for annual variations in precipitation. Actual grazing use would be split into two seasons. The Spring grazing season would begin on or after June 1 and terminate on or before July 15 each year. The Fall grazing season would begin on or after September 1 and terminate on or before October 15 each year.

All sheep trailed to and from the Horse Meadows Allotment would utilize only the lower route from Hwy. 395 through Lower Horse Meadow. The Upper route from Bohler Meadows would not be used for trailing domestic sheep.

**Proposed Action**

## Rock Creek Allotment

The Inyo NF is proposing to modify the boundary of the Rock Creek Unit of the Rock Creek Sheep Allotments to reduce the probability of domestic sheep straying into Sierra Nevada bighorn sheep habitat nearby. The proposed action for the EA would specifically modify the allotment boundary by removing from grazing the most westerly portions of the Sierran escarpment near Wheeler Ridge including the Sand Canyon, Witcher and Birch Creek drainages. This would reduce the possibility of contact between domestic and bighorn sheep (see map). Implementing this proposal would result in a reduction of acreage allocated to grazing and an increase in the acreage dedicated to Sierra Nevada bighorn sheep habitat as identified in the Environmental Impact Statement for the Inyo NF LRMP (p.411, EIS, LRMP).

The Rock Creek permit would authorize the grazing of one band of approximately 1250 pregnant ewes for a maximum of 3750 SMs, with the management flexibility to vary grazing system, livestock numbers and length of season to allow for annual variations in precipitation or bighorn sheep movements. Actual grazing use would start on or after June 15 and terminate on or before September 15, annually.

**In addition to the previously described Proposed Actions, all of the modified permits will include the following Terms and Conditions:**

Each permit will incorporate terms and conditions necessary to reduce the Risk Factors identified in the Interagency Domestic Sheep Management Strategy to the "Low/Insignificant" level. These will vary between allotments and may include conditions such as: 1) physical counts of all animals prior to entry and upon exit of National Forest System land; 2) specification of class of livestock (i.e., pregnant ewes); and 3) increased "marker" animals for routine band monitoring.

The permittee would be required to implement any and all management requirements prescribed by the US Fish & Wildlife Service (USFWS) contained within the Biological Opinion for the EA.

Allowable use standards described in LRMP Amendment #6 - Forest-Wide Range Utilization Standards, would be implemented. Specific standards which apply are those from the Bitterbrush, Sagebrush/Bunchgrass, Wet Meadow, Willow and Aspen Matrices (USDA 1995).

In addition to allowable use standards, all other applicable Inyo NF LRMP (USDA 1988a) Standards and Guidelines would be incorporated in the permit.

Sheep bedding grounds and watering sites would be pre-approved.

The permittee would be responsible for monitoring to assure compliance with the grazing permit terms and conditions as well as for not exceeding the standards identified in the Annual Operating Instructions and for the timely removal of livestock to avoid exceeding these standards. Monitoring would include actual use data, utilization sheets and established photo points.

To assure that adequate cover and forage would be available for mule deer (Odocoileus hemionus), sheep would utilize those portions of the allotment identified as high deer use areas shortly after deer leave in the early summer. In addition, the allowable use level for sheep would be reduced by 10% within these areas.

Range readiness standards as described in Inyo NF LRMP Amendment #6 or the 1993 Draft Region 5 Range Analysis Field Guide (FSH 2209.21, USDA 1993) would be followed.

Heritage Resource surveys and mitigation would be implemented as described in the National Forest Service Grazing Programmatic Agreement, the Region 5 Grazing Memorandum of Understanding and the Inyo National Forest Grazing Master Plan for Heritage Resources.