UNITED STATES DEPARTMENT OF AGRICULTURE
Forest Service
Pacific Southwest Region

# DECISION NOTICE
# And
# FINDING OF NO SIGNIFICANT IMPACT

# BLOODY CANYON AND ALGER LAKES GRAZING ALLOTMENTS

Mono Lake Ranger District
Inyo National Forest
Mono County, California

## BACKGROUND

I have reviewed the Environmental Assessment (EA) For Domestic Sheep Grazing on the Bloody Canyon and Alger Lakes Allotments addressing the expected environmental effects of the proposed action.

The purpose of this proposed action is to promptly provide protection to the Lee Vining/Bloody Canyon population of Sierra Nevada Bighorn Sheep (SNBS) from potential disease transmission by domestic sheep permitted to graze on the Bloody Canyon or Alger Lake Allotment

The need for this action is to promptly: 1) ensure that no significant risk of disease transmission to SNBS exists through contact with permitted domestic sheep, and 2) prevent "take" of SNBS, as defined by the U. S. Fish and Wildlife Service (FWS) under the provisions of the Endangered Species Act.

The decision to be made by the deciding officer is whether to cancel the term grazing permits, continue to authorize grazing subject to the current terms and conditions, or to modify the terms and conditions of the authorizations, including the allotment boundaries to graze, in response to comments received on this Environmental Assessment. The EA is available for public review at the Office of the Forest Supervisor, 873 North Main Street, Bishop, California.

ALTERNATIVE 2, the Proposed Action, would cancel the existing term permits for domestic sheep grazing on the Bloody Canyon and Alger Lake Allotments. No new grazing authorizations would be issued unless a new analysis was completed and decision rendered under the provisions of the National Environmental Policy Act.

## THE DECISION

Based on the analysis described in the EA, it is my decision to adopt Alternative 2, the Proposed Action. This alternative provides the best balance between physical, biological, social, and economic benefits while contributing to the long-term viability of the Federally Endangered population of Sierra Nevada bighorn sheep nearby. The FWS has determined, due to the extremely low numbers of bighorn sheep in the Eastern Sierra (approximately 125), not one bighorn sheep can be lost to disease transmission from domestic sheep.

Alternative 1 would have resulted in a jeopardy opinion issued by the US Fish & Wildlife Service. Any level of continued sheep grazing on either the Bloody Canyon or Alger Lake allotment was determined through informal consultation to constitute an unmitigatable level of risk of "take" of SNBS by disease transmission from contact with stray domestic sheep. It is not consistent with the Inyo NF LRMP direction for management of SNBS, specifically Item 3 under Sierra Nevada Mountain Sheep (LRMP, page 101), which states "Maintain the health of established mountain sheep populations. If disease transmission from domestic livestock is shown to be deleterious to mountain sheep populations, find ways to alleviate the problem." Thus this alternative was not selected.

## FINDINGS REQUIRED BY OTHER LAWS

I have determined that this action is consistent with the following legal requirements:

1. The selected alternative is consistent with the goals, objectives and management direction contained in the Inyo National Forest Land and Resource Management Plan. The project area is located within the Walker-Parker Management Area (Management Area 3), and allocated to Management Prescriptions 4 (Mule Deer Habitat), 11 (Range), 12 (Concentrated Recreation), and 17 (semi-primitive Recreation). Direction specific to this area includes: emphasize importance of the deer herd in management decisions; emphasize semi-primitive recreation opportunities; and where possible, utilize coordinated resource planning to involve the Los Angeles Department of Water and Power in resolving grazing conflicts (Forest Plan, p. 163).

2. The selected alternative complies with the provision of the Endangered Species Act of 1973, as amended January 3, 2000.

## FINDING OF NO SIGNIFICANT IMPACT

In assessing the impacts, I have determined that this is not a major federal action that would significantly affect the quality of the human environment; therefore, an environmental impact statement will not be prepared. This determination was made considering the following factors:

Notices of appeal must be filed with the Regional Forester, USDA Forest Service, Pacific Southwest Region, 1323 Club Drive, Vallejo, CA 94529.

**IMPLEMENTATION**

Implementation of this decision may not take place sooner than 50 days after the publication of the legal notice in the Inyo Register.

**CONTACT**

For further information contact: Kathy Noland, Wildlife Biologist (760) 876-6210 or Bonnie Pritchard, Rangeland Management Specialist, 873 North Main Street, Bishop, CA 93514-2494; phone (760) 873-2400.

7/21/00

RONALD F. KEIL
Acting District Ranger

DATE

## Appendix I

**Environmental Assessment for Domestic Sheep Grazing On The Bloody Canyon and Alger Lakes Allotments**

**Response to Public Comment**

In accordance with regulation 36 CFR 215, a 30-day comment period was provided for public review of the Environmental Assessment (EA). This review period was triggered by the April 26, 2000 publication of a legal notice in the Inyo Register giving notice that the EA had been completed. 177 responses commenting on the EA were received. Some comments were offered by more than one individual. Comments have been summarized below, followed by Forest Service replies.

**Comment:** The definition of "take" in the EA is insufficient.

**Response:** The term "take" is first referenced in the document on page 2 as being a US Fish & Wildlife Service (FWS) term defined within the Endangered Species Act. "Take' is again referenced on page 3 of the EA and defined for this situation as the authorization of domestic sheep anywhere within the Bloody Canyon and Alger Lake Allotments. Based on comments from the US Fish & Wildlife Service, the definition of "take" for these allotments should read "any level of continued sheep grazing would constitute an umitigatable risk of "take" of SNBS by disease transmission from contact with stray domestic sheep."

**Comment:** The consequences of the proposed action on the historical ranch landscapes of the Mono Basin were not adequately displayed.

**Response:** The EA states that related impacts may include the loss of constructed wetlands (Chapter III.E., under cumulative impacts). The EA also identifies that this loss would result from decisions made by the Los Angeles Department of Water and Power, due to discontinuance of current irrigation practices. The Forest Service recognizes that since it is likely that the early pioneers selected existing meadows to irrigate and graze, it is possible that the meadows considered will not completely disappear if irrigation ceases. It is also true that the meadows on the Bloody Canyon and Alger Lake Allotments are set back from Highway 395 and generally not within the public's immediate viewshed.

**Comment:** The EA does not adequately display that a significant risk of disease transmission from domestic sheep to Sierra Nevada bighorn sheep exists.

**Response:** A sizable body of scientific evidence exists that indicates a risk does exist between the two species. This is more fully displayed in the Biological Assessment, available upon request, and also in the Literature References listed in the EA. The Forest Service recognizes that primary responsibility for the physical health of the SNBS lies with the California Department of Fish and Game, which has determined based on scientific evidence and other factors displayed in the Environmental Analysis and Biological Assessment, that a significant risk of disease transmission from domestic sheep to SNBS exists.

**Comment:** The description of the "Decision Needed" seems to imply that one option is to modify the terms and conditions of existing leases.

**Comment:** It is unfair to single out domestic sheep as the only "remove all risk" issue to SNBS.

**Response:** We agree with the commenter and recognize that there are additional risks potentially affecting SNBS outside the scope of this EA. We have taken steps to address all known threats to SNBS within the scope of Forest Service jurisdiction. To date, this has resulted in modified or eliminated domestic sheep grazing, public awareness education describing SNBS conservation, modification of Packer Special Use Permits within bighorn habitat, and issuance of an Emergency Forest Order prohibiting dogs and goats within SNBS habitat. The Forest has also cooperated with California Department of Fish and Game, Bureau of Land Management, City of Los Angeles, and US Fish and Wildlife Service to identify and address other risks within their jurisdictional responsibilities, such as mountain lion predation and competing land uses.