United States Department of Agriculture
Forest Service
Inyo National Forest
873 N. Main Street
Bishop, CA 93514
(760) 873-2400
(760) 873-2538 TDD

File Code: 2230

Date: May 17, 1999

RE: Bloody Canyon Sheep Allotment

FIM, Inc.

P.O. Box 12

Smith, NV 89430

Dear Fred and Marianne:

This memo is in response to your April 27, 1999 facsmile and letter. As you are aware, the Sierra Nevada Bighorn Sheep were Emergency Listed on April 20, 1999. Per our discussion at our March 15 meeting, you will be formally notified in a subsequent letter of the Forest's decision regarding the impacts to grazing on the Bloody Canyon Allotment this season due to this listing.

I reccomend that you move forward with plans to utilize the Dexter Allotment. This option is still available to you, however you will need to commit now in order to be able to benefit from this offer this season. Some materials and money have been allocated for the purpose of assisting you with the necessary repairs and transportation of livestock to the allotment.

A formal Decision Letter should be reaching you within the next two weeks. In the letter you will be advised as to how to apply for applicant status under the Endangered Species Act (ESA) and your appeal rights and process for appealling the non-use decision. If you have additional questions please call me at (760) 873-2400 or Bonnie Pritchard at (760) 873-2572.

Sincerely,

Bonnie Pritchard

for Ronald F. Keil
Acting Assistant Forest Supervisor