United States Department of Agriculture

rest rvice

Inyo National Forest

e Vining Ranger Station
). Box 429
Lee Vining CA 93541
(760) 647-3044
(760) 647-3045 TTD

File Code: 2230

Date: October 11, 2000

Re: Bloody Canyon Allotment

F.I.M., Corp.

P.O. Box 12

Smith, NV 89430

Dear Fred and Marianne:

This letter is to notify you of the canellation of your Term Grazing Permit. On July 21, 2000 I signed the Decision Notice (DN) to cancel the Term Grazing Permits for the Bloody Canyon and Alger Lake Allotments. In a letter to you dated July 25, 2000 you received a copy of the DN along with a description of your appeal rights. The permittee for the Alger Lake Allotment, Joe Mendiburu was also sent the same letter. The appeal period for this decision ended on September 12, 2000 with no appeals being filed under either the 36 CFR 215 designation with the Regional Forester's Office or 36 CFR 251 with the Forest Supervisor.

According to 36 CFR 215 and 36 CFR 251 a decision may be implemented 5 days after the close of the appeal period providing no appeals were received. Therefore, I am notifying you that your Term Permit for Bloody Canyon domestic sheep allotment is cancelled. I understand that you have been able to adjust your sheep grazing to some of your other allotments. If you have any questions, please call me at (760) 647 – 3033 or Bonnie at (760) 873-2572.

Sincerely,

RONALD F. KEIL
Acting District Ranger