# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

F.I.M. CORPORATION,

Plaintiff,

vs.

UNITED STATES OF AMERICA,

Defendant.

Case No. 06-532 L

Judge Nancy B. Firestone

## PLAINTIFF'S MOTION TO DISMISS

Lyman D. Bedford
Attorney of Record for
F.I.M. Corporation
McQUAID BEDFORD & VAN ZANDT, LLP
221 Main Street, 16th Floor
San Francisco, CA 94105
Tel: 415/905-0200
Fax: 415/905-0202
Email: lbedford@mbvz.com

OF COUNSEL:

Michael J. Van Zandt
McQUAID BEDFORD & VAN ZANDT, LLP
221 Main Street, 16th Floor
San Francisco, CA 94105
Tel: 415/905-0200
Fax: 415/905-0202
Email: mvanzandt@mbvz.com

F.I.M. Corporation, plaintiff in the above-captioned action, hereby moves to dismiss its complaint. This motion is not opposed by the United States of America.

DATED: November 15, 2006

By ______________________

Lyman D. Bedford
Attorney of Record for
F.I.M. Corporation
McQUAID BEDFORD & VAN ZANDT, LLP
221 Main Street, 16th Floor
San Francisco, CA 94105
Tel: 415/905-0200
Fax: 415/905-0202
Email: lbedford@mbvz.com

OF COUNSEL:

Michael J. Van Zandt
McQUAID BEDFORD & VAN ZANDT, LLP
221 Main Street, 16th Floor
San Francisco, CA 94105
Tel: 415/905-0200
Fax: 415/905-0202
Email: mvanzandt@mbvz.com