# In the United States Court of Federal Claims

**No. 06-532L**
**(Filed: November 17, 2006)**

| | |
|---|---|
| * * * * * * * * * * * * * * * * * | |
| | * |
| **F.I.M. CORPORATION,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| **v.** | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| **Defendant.** | * |
| | * |
| * * * * * * * * * * * * * * * * * | |

**O R D E R**

The court is in receipt of plaintiff's motion, filed November 15, 2006, to dismiss its complaint in the above-captioned case pursuant to Rule 12(b)(4) of the Rules of the United States Court of Federal Claims ("RCFC") or in the alternative to voluntarily dismiss its complaint pursuant to RCFC Rule 41(a). Plaintiff's motion pursuant to Rule 41(a) to voluntarily dismiss its complaint without prejudice is **GRANTED**. The Clerk of the Court is directed to enter judgment accordingly.

**IT IS SO ORDERED**.

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge

cc: ADR Judge Horn