# In the United States Court of Federal Claims

**No. 06-532 L**

**F.I.M. CORPORATION**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's order, filed November 17, 2006,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 41, that the complaint is dismissed, without prejudice.

Brian Bishop
Clerk of Court

November 20, 2006 By: s/ Debra L. Samler

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.